# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DARRYL A. CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:25-cv-1725-CMS |
| ) | |
| J LASATER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the case. In the Court's Order of December 29, 2025, the Court denied Plaintiff Darryl A. Carter's Application to Proceed in District Court Without Prepaying Fees or Costs and ordered him to pay the full filing fee by January 19, 2026. ECF No. 5. The Court's Order warned Plaintiff that his "failure to timely pay the full filing fee will result in the dismissal of this case." *Id*. at 5. Nevertheless, Plaintiff has failed to pay the full filing fee in compliance with that order. The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to comply with the Court's December 29, 2025 Order and his failure to prosecute his case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

- 2 -

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 27th day of January 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE